OPINION — AG — **** INSURER — PAYMENT OF PREMIUM TAX **** THE MEANING OF THE LANGUAGE OF SECTION 1 OF SENATE BILL 351 OF THE 1971 LEGISLATURE, IS THAT ONE HALF OF THE TOTAL ESTIMATED ANNUAL PREMIUM TAX TO BE PAID BY INSURERS IN THE YEAR 1971 IS TO BE PREPAID ON OR BEFORE JUNE 25, 1971, AND THAT ONE HALF OF THE TOTAL ESTIMATED ANNUAL PREMIUM TAX TO BE PAID BY THE INSURERS IN THE YEAR 1971 IS TO BE PAID ON OR BEFORE DECEMBER 15, 1971. (ODIE A. NANCE) ** SEE: OPINION NO. 71-305 (1971) **